

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request for an adjournment is granted. The status conference set for November 8 is adjourned to December 18, 2023, at 11AM.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: November 7, 2023*

November 7, 2023

Re:   *Case 1:23-cv-07334-AS Jones v. Seven Stories Press, Inc.*
      Request for Adjournment of Conference

Dear Judge Subramanian:

    Plaintiff submits this letter-motion to respectfully seek an adjournment of the initial pretrial conference scheduled for November 8, 2023 at 10 am. A forty-five-day adjournment up to and until December 18, 2023, or a date more convenient to the Court, is being requested. Due to Defendant's attorney being recently changed, as evidenced by the Notice of Substitution on Docket Number 10, defense counsel is needing more time to be acquainted with the matter. Additionally, the Parties are actively working towards a resolution and are hopeful that an initial conference will not be necessary, for the sake of judicial economy.

    This is the first time this relief is being requested and both Parties consent.

    We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

/s/ Mars Khaimov
*Attorneys for Plaintiff*

Cc: all counsel of record on ECF

